No briefs will be filed under Rule 25.

No. 17–0128/AR. U.S. v. Anthony E. Perez. CCA 20160256. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGE JAMES W. HERRING, JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0003/AR. U.S. v. Christopher B. Hukill. CCA 20140939. Appellant's motion to supplement the joint appendix is granted.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2017.

Thursday, January 26, 2017

72

No. 17–0117/AR. U.S. v. Benjamin R. Etter. CCA 20150422. Appellant's second motion to withdraw the petition for grant of review without prejudice is hereby granted.

No. 17–0125/AR. U.S. v. Joshua G. Thomas. CCA 20150393. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the record of trial, it is noted that the military judge neglected to seal the transcript of an MRE 412 hearing at pages 49–70 of the record. Accordingly, it is ordered that the petition is hereby granted and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 17–0116/AR. U.S. v. Aarron D. Buckner. CCA 20150323. Appellant's motion to attach Appendix C is hereby denied.

No. 17–0134/AR. U.S. v. Olanrewaju O. Dairo. CCA 20160213. Appellant's motion to stay proceedings is hereby denied.

Monday, January 30, 2017

---

\* The Clerk of the Court is ordered to seal pages 49–70 of the record of trial.